**No. 09-8809. Troy Warren, Petitioner v. United States.**

559 U.S. 986, 130 S. Ct. 1726, 176 L. Ed. 2d 204, 2010 U.S. LEXIS 1961.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 340 Fed. Appx. 948.